No. 89–1434. UNITED STATES v. HAGGERTY ET AL. D. C. W. D. Wash. [Probable jurisdiction noted, 494 U. S. 1063.] Motion of appellee Darius Strong for leave to proceed further herein in forma pauperis granted. Motion for appointment of counsel

granted, and it is ordered that Charles S. Hamilton III, Esq., of Seattle, Wash., be appointed to serve as counsel for appellee Darius Strong in this case for the purpose of filing a brief.